**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| SAYMARA CLAUSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:24-cv-00082 |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Walmart, Inc., by counsel, pursuant to Fed. R. Civ. P. Rule 7.1, and for its Corporate Disclosure Statement, states as follows:

1.      Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas.

2.      Walmart Inc. is a publicly traded company whose stock is traded on the New York Stock Exchange and NYSE Arca.

3.      Defendant is self-insured up to the amount of $2 Million Dollars.  In addition, Defendant has excess insurance coverage over and above the self-insured retention through AIG, coverage provided by National Union Fire Insurance Company of Pittsburgh, PA.

4.      No additional disclosures are required under General Order 2023-06 or the Federal Rule of Civil Procedure.

4048987

Respectfully submitted,

BARRETT McNAGNY, LLP

*/s/ Robert T. Keen, Jr.*
Robert T. Keen, Jr., #5475-02
215 E. Berry Street
Fort Wayne, Indiana 46802
Telephone: (260) 423-9551
Email: rtk@barrettlaw.com
*Attorney for Defendant*